```
GOLDSMITH & HULL/92439
A Professional Corporation
William I. Goldsmith    (Bar No. 82183)
Jack D. Hull            (Bar No. 91879)
16933 Parthenia Street
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
```
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>MAURO W. MONTERO AKA MAURO MONTERO AKA MAURO WERNECK,<br><br>                Defendant. | CASE NO. CV09-02029 AHM (PLAx)<br><br>**STIPULATION FOR DISMISSAL AND ORDER [Proposed]**<br><br>[Pursuant to Rule 41(a)(1) Federal Rules of Civil Procedure] |

Plaintiff, UNITED STATES OF AMERICA, and Defendant MAURO W. MONTERO, AKA MAURO MONTERO AKA MAURO WERNECK have entered into a settlement agreement on a STIPULATION FOR ENTRY OF JUDGMENT UPON DEFAULT (hereinafter the "Agreement").

At this time, plaintiff and defendant , pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and through their counsel of record have agreed to **dismiss the above-entitled action without prejudice** as to the entire action, while the Court retains jurisdiction the while the defendant makes payments per the Agreement.  Pursuant to the stipulated Agreement, the Court shall

1 | retain jurisdiction to reopen the action and to enforce the terms of the stipulation upon
2 | the filing of an *ex parte* application by counsel for the plaintiff supported by the
3 | declaration of default by such counsel.

Dated: August 31, 2009                    GOLDSMITH & HULL, A P.C.

                                                         /S/ William I. Goldsmith
                                                         William I. Goldsmith
                                                         Attorney For Plaintiff

Dated: August 31, 2009                    LAW OFFICES OF ROBERT STEMPLER

                                                         /S/ Robert Stempler
                                                         Robert Stempler
                                                         Attorneys for Defendant
                                                         MAURO W. MONTERO, et al.

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16933 Parthenia Street, Northridge, CA 91343

On the date set forth below I served the foregoing document described as STIPULATION FOR DISMISSAL AND ORDER on the interested parties in this action, by placing a [ ] duplicate original(s)
[X] true copy(ies) thereof enclosed in a sealed envelope addressed [ ] as stated on the attached list [X] as follows:

ROBERT STEMPLER, ESQ.
555 S. SUNRISE WAY, SUITE 200
P.O. BOX 1721
PALM SPRINGS, CA 92263
**Counsel for Defendant**

[X] BY MAIL. [ ] I deposited such envelope, postage thereon fully prepaid, in the United States mail at
Northridge, California.

[X] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Encino, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[ ] BY PERSONAL SERVICE. I delivered such envelope(s) by hand to the office(s) of the addressee(s).

[ ] STATE. I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct

[X] FEDERAL. I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on   August 31, 2009    at Northridge, California

                                        /S/ Sonia Molina
                                        Sonia Molina