GOLDSMITH & HULL/92439
A Professional Corporation
William I. Goldsmith    (Bar No.  82183)
Jack D. Hull            (Bar No.  91879)
16933 Parthenia Street
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV09-02029 AHM (PLAx) |
| Plaintiff, | |
| v. | ORDER |
| MAURO W. MONTERO AKA MAURO MONTERO AKA MAURO WERNECK, | [Proposed] |
| Defendant. | |

   IT IS HEREBY ORDERED, that the above-captioned case be dismissed without prejudice.

   IT IS SO ORDERED


Dated:_____
                                         HON. A. HOWARD MATZ, DISTRICT JUDGE
                                         UNITED STATES DISTRICT COURT