GOLDSMITH & HULL/92439
A Professional Corporation
William I. Goldsmith    (Bar No. 82183)
Jack D. Hull            (Bar No. 91879)
16933 Parthenia Street
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
govdept1@goldsmithcalaw.com

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>MAURO W. MONTERO AKA MAURO MONTERO AKA MAURO WERNECK,<br><br>　　　　　　　Defendant. | CASE NO. CV09-02029 AHM (PLAx)<br><br>ORDER [Proposed] |

　　　IT IS HEREBY ORDERED, that the above-captioned case be dismissed without prejudice.

　　　IT IS SO ORDERED

Dated: SEP - 2 2009

HON. A. HOWARD MATZ, DISTRICT JUDGE
UNITED STATES DISTRICT COURT